# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Thomas Adam Corey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00073-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| TJ Madden, et al., | ) | |
| | ) | |
| Defendants. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2021 Order.

December 6, 2021

Frank G. Johns, Clerk
United States District Court